# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0857

_____

MULTI SERVICES BY JENNY, INC.
and CCMSI-FWC,

    Appellants/Cross-Appellees,

    v.

YANCARLOS ANDRADE
HERNANDEZ,

    Appellee/Cross-Appellant.

_____

On appeal from the Office of the Judges of Compensation Claims.
Wilbur W. Anderson, Judge.

Date of Accident: October 18, 2022.

June 18, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bryan A. Lowe, Jessica C. Coner, and Caden M. O'Connell of Dean, Ringers, Morgan, and Lawton, P.A., Orlando, for Appellants/Cross-Appellees.

Walker Smith, IV of LegalSmiths Consulting Group, LLC, Orlando; Thomas W. Sculco and Shannon McLin of Florida Appeals, Orlando, for Appellee/Cross-Appellant.